BAMF REALTY CORPORATION, Appellant, v. 136 82ND STREET CORPORATION, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and

disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.